| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tres Generaciones Luna, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1486769** |
| 4. | **Debtor's address** | **Principal place of business**  **2225 Composite Drive**  **Dallas, TX 75220**  Number, Street, City, State & ZIP Code  **Dallas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Tres Generaciones Luna, Inc.** Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **1924 Luna's & Associates, Inc.** Relationship **common ovwnership**

District **Northern Distrcit of Texas** When **8/05/19** Case number, if known _____

Debtor **Tres Generaciones Luna, Inc.** Case number (*if known*)
Name

11. **Why is the case filed in *this district?*** *Check all that apply:*
   - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
   - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   - ■ No
   - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds** *Check one:*
   - ■ Funds will be available for distribution to unsecured creditors.
   - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
   - ■ 1-49
   - ☐ 50-99
   - ☐ 100-199
   - ☐ 200-999
   - ☐ 1,000-5,000
   - ☐ 5001-10,000
   - ☐ 10,001-25,000
   - ☐ 25,001-50,000
   - ☐ 50,001-100,000
   - ☐ More than 100,000

15. **Estimated Assets**
   - ■ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ☐ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

16. **Estimated liabilities**
   - ☐ $0 - $50,000
   - ☐ $50,001 - $100,000
   - ☐ $100,001 - $500,000
   - ☐ $500,001 - $1 million
   - ■ $1,000,001 - $10 million
   - ☐ $10,000,001 - $50 million
   - ☐ $50,000,001 - $100 million
   - ☐ $100,000,001 - $500 million
   - ☐ $500,000,001 - $1 billion
   - ☐ $1,000,000,001 - $10 billion
   - ☐ $10,000,000,001 - $50 billion
   - ☐ More than $50 billion

Debtor  **Tres Generaciones Luna, Inc.**  Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 5, 2019**
              MM / DD / YYYY

X **/s/ Fernando Luna**                           **Fernando Luna**
  Signature of authorized representative of debtor   Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**                         Date **August 5, 2019**
  Signature of attorney for debtor                       MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road
Suite 100
Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**       Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Tres Generaciones Luna, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **D and R Corn Sales**<br>**Ricardo Gonzales**<br>**3547 E. 14th St.**<br>**Ste.1**<br>**Brownsville, TX**<br>**78521** | | | | | | $6,375.00 |
| **Express Food Mart**<br>**7410 Harry Hines Blvd.**<br>**Dallas, TX 75235** | | | | | | $32,000.00 |
| **Finite Consulting**<br>**4600 Greenville**<br>**Suite 220**<br>**Dallas, TX 75206** | | | | | | $10,305.40 |
| **Frost Bank**<br>**Jennifer Crabtree**<br>**640 Taylor St.**<br>**Fort Worth, TX**<br>**76102** | | | | $1,900,000.00 | $0.00 | $1,900,000.00 |
| **FTS Group, LLC**<br>**Rudy Sanchez, CPA**<br>**4739 Maple Ave.**<br>**Dallas, TX 75219** | | | | | | $12,000.00 |
| **Hawkins Electrical**<br>**520 Warbler Drive**<br>**DeSoto, TX 75115** | | | | | | $650.00 |
| **IRS**<br>**1100 Commerce St.**<br>**MC5141DAL**<br>**Dallas, TX 75242** | | | | | | $50,000.00 |
| **Key Pump Control**<br>**915 Nancy Dr.**<br>**Hawthorne, NJ**<br>**07506** | | | | | | $5,000.00 |
| **Martinez Construction**<br>**3405 Briefcliff**<br>**Denton, TX 76210** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $120,000.00 |

Debtor **Tres Generaciones Luna, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Max Ybarra**  2225 Composite Drive  Dallas, TX 75220 | | | | | | $110,000.00 |
| **Omar Martinez, GC**  3513 Summit Ln.  Garland, TX 75042 | | | | | | $120,000.00 |
| **Ovation Services**  PO Box 8549  Pompano Beach, FL 33065 | | | | | | $60,000.00 |
| **PLS check cashers of texas**  800 jorie blvd. ste 200  Oak Brook, IL 60523 | | | | | | $1,000.00 |
| **Quickstone Capital Solutions**  1111 N. Westshore Blvd. Ste 650  Tampa, FL 33607 | | | | | | $78,800.00 |
| **Ray Quintanilla,**  4739 Maple Ave.  Dallas, TX 75219 | | | | | | $150,000.00 |
| **Reed Berry**  2225 Composite Drvie  Dallas, TX 75220 | | | | | | $80,000.00 |
| **State Comptroller Jeremy Dutton**  400 S. Zang Blvd. Ste 900  Dallas, TX 75208 | | | | | | $5,609.65 |
| **Stemmons Crossroads**  10711 Preston Rd. Ste. 200  Dallas, TX 75230 | | | | | | $2,287.97 |
| **Sysco**  800 Trinity Drive  Lewisville, TX 75056 | | | | | | $7,500.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re **Tres Generaciones Luna, Inc.**                                                                 Case No.
Debtor(s)                                                                                                          Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $         **0.00**
   Prior to the filing of this statement I have received                          $         **0.00**
   Balance Due                                                                    $         **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **August 5, 2019** | **/s/ Eric A. Liepins** |
| *Date* | **Eric A. Liepins** |
| | *Signature of Attorney* |
| | **Eric A. Liepins** |
| | **12770 Coit Road** |
| | **Suite 100** |
| | **Dallas, TX 75251** |
| | **972-991-5591  Fax: 972-991-5788** |
| | **eric@ealpc.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### Northern District of Texas

In re  **Tres Generaciones Luna, Inc.**                                                                 Case No.

Debtor(s)                                                                 Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fernando Luna**<br>**2225 Composite Drive**<br>**Dallas, TX 75220** | | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 5, 2019**                                           Signature  **/s/ Fernando Luna**
                                                                                              **Fernando Luna**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Charles Baum
2001 Bryan
Suite 1850
Dallas, TX 75201


D and R Corn Sales
Ricardo Gonzales
3547 E. 14th St. Ste.1
Brownsville, TX 78521


Express Food Mart
7410 Harry Hines Blvd.
Dallas, TX 75235


Finite Consulting
4600 Greenville
Suite 220
Dallas, TX 75206


Frost Bank
Jennifer Crabtree
640 Taylor St.
Fort Worth, TX 76102


FTS Group, LLC
Rudy Sanchez, CPA
4739 Maple Ave.
Dallas, TX 75219


Hawkins Electrical
520 Warbler Drive
DeSoto, TX 75115


IRS
1100 Commerce St.
MC5141DAL
Dallas, TX 75242


Key Pump Control
915 Nancy Dr.
Hawthorne, NJ 07506
```

```
Martinez Construction
3405 Briefcliff
Denton, TX 76210


Max Ybarra
2225 Composite Drive
Dallas, TX 75220


Omar Martinez, GC
3513 Summit Ln.
Garland, TX 75042


Ovation Services
PO Box 8549
Pompano Beach, FL 33065


PLS check cashers of texas
800 jorie blvd. ste 200
Oak Brook, IL 60523


Quickstone Capital Solutions
1111 N. Westshore Blvd. Ste 650
Tampa, FL 33607


Ray Quintanilla,
4739 Maple Ave.
Dallas, TX 75219


Reed Berry
2225 Composite Drvie
Dallas, TX 75220


State Comptroller
Jeremy Dutton
400 S. Zang Blvd. Ste 900
Dallas, TX 75208
```

```
Stemmons Crossroads
10711 Preston Rd. Ste. 200
Dallas, TX 75230


Sysco
800 Trinity Drive
Lewisville, TX 75056
```

# United States Bankruptcy Court
### Northern District of Texas

In re  **Tres Generaciones Luna, Inc.**                                    Case No.
                                          Debtor(s)                        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tres Generaciones Luna, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fernando Luna**
**2225 Composite Drive**
**Dallas, TX 75220**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 5, 2019** | **/s/ Eric A. Liepins** |
| Date | **Eric A. Liepins** |
| | Signature of Attorney or Litigant |
| | Counsel for **Tres Generaciones Luna, Inc.** |
| | **Eric A. Liepins** |
| | **12770 Coit Road** |
| | **Suite 100** |
| | **Dallas, TX 75251** |
| | **972-991-5591 Fax:972-991-5788** |
| | **eric@ealpc.com** |